UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                                          MDL No. 2804

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −22)**

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.3d_ (J.P.M.L. 2017). Since that time, 487 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 18, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that this instrument is a true and correct copy of the original on file in my office. Attest: Sandy Opacich, Clerk
U.S. District Court
Northern District of Ohio
By: /s/Robert Pitts
Deputy Clerk

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION

MDL No. 2804

## SCHEDULE CTO−22 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA MIDDLE | | | |
| ALM | 2 | 18−00362 | Butler County, Alabama v. Purdue Pharma L.P. et al |
| ALM | 2 | 18−00381 | Montgomery County, Alabama v. Purdue Pharma L.P. et al |
| ALABAMA NORTHERN | | | |
| ALN | 6 | 18−00531 | City of Guin, Alabama v. Amerisourcebergen Drug Corporation et al |
| ALN | 7 | 18−00462 | Green v. West−Ward Pharmaceuticals Corp et al |
| ALABAMA SOUTHERN | | | |
| ~~ALS~~ | ~~1~~ | ~~18−00145~~ | ~~American Resources Insurance Company, Inc. v. Purdue Pharma L.P. et al~~ Opposed 4/17/18 |
| FLORIDA NORTHERN | | | |
| FLN | 5 | 18−00086 | BAY COUNTY FLORIDA v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| FLN | 5 | 18−00087 | HOLMES COUNTY FLORIDA v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| KANSAS | | | |
| KS | 6 | 18−01109 | Pratt County, Kansas, Board of Commissioners v. Amerisourcebergen Drug Corporation et al |
| KS | 6 | 18−01110 | Cherokee County, Kansas, Board of Commissioners v. Amerisourcebergen Drug Corporation et al |
| LOUISIANA EASTERN | | | |
| LAE | 2 | 18−03457 | St. Tammany Parish Coroner's Office et al v. Purdue Pharma LP et al |

| | | | |
|---|---|---|---|
| MA | 1 | 18−10643 | Town Of Salisbury v. Amerisourcebergen Drug Corporation et al |

OKLAHOMA NORTHERN

| | | | |
|---|---|---|---|
| OKN | 4 | 18−00180 | Muscogee (Creek) Nation, The v. Purdue Pharma L.P. et al |

OREGON

| | | | |
|---|---|---|---|
| OR | 3 | 18−00520 | County of Clackamas et al v. Purdue Pharma, LP et al |

TENNESSEE WESTERN

| | | | |
|---|---|---|---|
| TNW | 1 | 18−02220 | Lexington, Tennessee v. Amerisourcebergen Drug Coropration et al |

WEST VIRGINIA NORTHERN

| | | | |
|---|---|---|---|
| WVN | 2 | 18−00034 | POCAHONTAS COUNTY COMMISSION v. Purdue Pharmaceutical Products, LP et al |
| WVN | 3 | 18−00044 | Morgan County Commission v. Purdue Pharmaceutical Products, LP et al |

WISCONSIN WESTERN

| | | | |
|---|---|---|---|
| WIW | 3 | 18−00228 | Lac du Flambeau Band of Chippewa Indians v. McKesson Corporation et al |

WYOMING

| | | | |
|---|---|---|---|
| WY | 2 | 18−00057 | Northern Arapaho Tribe v. Purdue Pharma LP et al |